UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

HENRYK SWITALA,

    Plaintiff,

v.

BLANKA ROSENSTIEL

    Defendant.

_____/

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant, Blanka Rosenstiel through her undersigned attorneys, file this Notice of Removal of Civil Action in this cause filed by the Plaintiff, Henryk Switala in the County Court for Miami-Dade County, Florida, and in support thereof state:

1. Attached hereto is a copy of all process, pleadings, and orders served upon Defendant in the matter of *Henryk Switala v. Blanka Rosenstiel,* Case No.15-14076-SP-23, in the County Court for Miami Dade County, Florida, as required by 28 U.S.C. § 1446(a). The documents are a Summons and Complaint, which are attached hereto as Composite Exhibit "1".

2. Defendants are entitled to removal from the state court to this Court pursuant to 28 U.S.C. § 1441(a), which permits removal by a defendant to the District Court for the United States for the district and division embracing the place where such action is pending provided that the District Courts of the United States have original jurisdiction of the civil action brought in State Court. As set forth in Plaintiff's Complaint, the Complaint sets forth numerous substantive counts, including under the Fair Labor Standards Act, a claim to force the IRS to require the Defendant to withhold certain payroll monies—the Fair Labor Standards Act or "FLSA" count is based on overtime and minimum wage. The action is predicated on the recovery of overtime compensation and minimum wages pursuant to 29 U.S.C. §201 *et seq.*

("FLSA"), which provides a basis for federal question jurisdiction under 28 U.S.C. § 1441(a) and under 29 U.S.C. § 216(b).

3. The Complaint states that the claim arose in Miami Dade County, Florida (*Complaint* ¶ 5), and that the suit was commenced in Miami Dade County, Florida, which places venue in this Court pursuant to 29 U.S.C. § 201 *et seq*. While the Complaint alleges that the employment took place in Miami, it did not—the Defendant is not an employer and not an enterprise engaged in commerce. The Defendant does reside in Miami, Florida.

5. Defendants were served with the Summons (original process) and the Second Amended Complaint on April 28, 2017 (proof of this is attached), and accordingly this Notice of Removal is timely filed in accordance with 28 U.S.C. § 1441(a). The Defendants were never served with the Complaint or the First Amended Complaint that evidently were filed some time ago.

6. Pursuant to 28 U.S.C. §1446(d), Defendant has contemporaneously filed a copy of this Notice of Removal with the Court and all parties in the matter of *Henryk Switala v. Blanjka Rosenstiel,* with the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No.: 2015-14076-SP-23. A true and correct copy of this Notice of Removal is attached hereto as "Exhibit 2".

WHEREFORE, Defendant hereby gives notice to the Court that the above-described cause from the jurisdiction of the County Court in and for Miami Dade County, Florida is hereby removed.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record (Matt Person, Esq.,) or *pro se* parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of parties who are not authorized to receive electronically Notices of Electronic Filing. A copy is also being sent to Matt Person, Esq. via electronic mail (mtyperson@gmail.com). Additionally, a copy of this document was served on the clerk of court for the Miami Dade County Court.

Respectfully submitted,

By: /s/ *Chris Kleppin*
Chris Kleppin, Esq.
Fla. Bar No. 625485
ckleppin@gkemploymentlaw.com
Chelsea A. Lewis, Esq.
Fla. Bar No. 111607
clewis@gkemploymentlaw.com
Glasser & Kleppin, P.A.
*Attorneys for Defendants*
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324
Tel. (954) 424-1933
Fax (954) 474-7405
Secondary E-Mails: dcano@gkemploymentlaw.com
esinclair@gkemploymentlaw.com